IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CHARLOTTE D. CULPEPPER,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.  4:22-cv-00449-O |
| **KROGER TEXAS LP,** | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Judgment is issued according to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **DISMISSED with prejudice**.

2. The clerk shall transmit a true copy of this Judgment to the parties.

**SO ORDERED** this **5th day** of **October, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE